**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Mike A. Frerking AKA Michael** | : | **Case No.:  18-31385** |
| **Anthony Frerking** | : | **Chapter 7** |
| | : | **Judge Laura K. Grandy** |
| **Debtor.** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY OF THE ESTATE (FIRST MORTGAGE)

U.S. Bank National Association, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2006-BC3 ("Creditor"), hereby moves the Court ("Motion"), pursuant to 11 U.S.C. § 362(d) to lift the automatic stay and for abandonment of property under Bankruptcy Code §554 as to real property commonly referred to as 143 South Mill Street, New Memphis, IL 62266 ("Property").  In support of the Motion, the Movant states the following:

1.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b)(2).  The venue of this case and this Motion are proper under 28 U.S.C. § 1408 and 1409.

2.    Mike A. Frerking AKA Michael Anthony Frerking ("Debtor") filed a Chapter 7 case on September 24, 2018, ("Petition Date").

3.    As of the Petition Date, the Movant was the holder of a claim secured by the Property, more particularly described in the mortgage ("Mortgage"), a copy of which is attached as Exhibit "A".

18-029440_FXF

4.      The above described Mortgage was given to secure an adjustable rate note, ("Note"),

        dated January 27, 2006 and made payable to the Movant in the original sum of

        $75,900.00.  A copy of the Note is attached hereto as Exhibit "B".

5.      The Movant perfected an interest in the Property, more particularly described in the

        Mortgage, recorded in the Clinton County Recorder's Office on January 31, 2006.

        Evidence of perfection is attached as Exhibit "A".

6.      Attached are redacted copies of any documents that support the claim, such as promissory

        notes, purchase order, invoices, itemized statements of running accounts, contracts,

        judgments, mortgages, and security agreements in support of right to seek a lift of the

        automatic stay and foreclose if necessary.

7.      As of September 27, 2018, the outstanding principal of the Note was $71,832.41 and the

        outstanding interest was $726.38.

8.      The Property is burdensome and/or of inconsequential value and benefit to the estate.

        Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for

        these reasons:

        a.  Debtor has no equity in the Property.  Movant believes that the Property has a value

            of $27,000.00 based on the Debtor's Schedule A, which is attached hereto as Exhibit

            "C".  As of September 27, 2018 the estimated principal balance is $71,832.41 with

            additional interest estimated at $726.38, escrow advances of $47.34 and a recoverable

            balance of $6,031.66 totaling a secured claim of approximately $78,637.69.  After the

            costs of sale and payment of all liens on the Property, there will be effectively no

            equity in this Property.  Based upon the lack of equity in the Property, Movant asserts

18-029440_FXF

that the Property is burdensome and/or of inconsequential value and benefit to the

estate.

b.   The Movant is not being adequately protected.  Per the Note and Mortgage, payments

are applied to the last month due.  Based on the foregoing, Debtor has failed to make

periodic payments to Creditor since August 1, 2018 through September 2018, as of

September 27, 2018.

c.   Debtor intends to surrender the Property located at 143 South Mill Street, New

Memphis, IL 62266 according to the Statement of Intent filed.

WHEREFORE, Creditor prays for an Order Terminating the Automatic Stay of 11 U.S.C.

§ 362 of the Bankruptcy Code and for abandonment of property under Bankruptcy Code §554 as

to the Creditor and its principal, successors, heirs and assigns with respect to the subject property

located at 143 South Mill Street, New Memphis, IL 62266.  Additionally, Creditor requests the

Fed.R.Bankr.P. 4001(a)(3) be waived so that the Order Terminating the Automatic Stay have

immediate effect.

Respectfully submitted,

 /s/ Umair Malik

Umair M. Malik (6304888)
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Umair M.
Malik.
Contact email is ummalik@manleydeas.com

18-029440_FXF

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the

Automatic Stay and for Abandonment of Property of the Estate (First Mortgage) was served on

the parties listed below via e-mail notification:

U.S. Trustee, Nancy J. Gargula, Office of the United States Trustee, 401 Main Street, Suite 1100, Peoria, IL 61602

Donald M. Samson, 226 West Main Street, Suite 102, Belleville, IL  62220

John J. Johnston, Attorney for  Mike A. Frerking AKA Michael Anthony Frerking, Dixon and Johnston, 101 W Main St, Belleville, IL  62220, johnjohnston@dixonjohnston.com

The below listed parties, as well as the attached Creditor's matrix, were served via regular U.S. Mail, postage prepaid, on October 3, 2018:

Mike A. Frerking AKA Michael Anthony Frerking, 6630 Liebieg School Road, Mascoutah, IL  62258

Jennifer Light, 143 S Mill Street, New Memphis, IL  62266

Mike A. Frerking AKA Michael Anthony Frerking and Jennifer Light, 143 South Mill Street, New Memphis, IL 62266

/s/ Umair Malik
_____

18-029440_FXF

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | |
| | : | |
| **Mike A. Frerking AKA Michael** | : | **Case No.:  18-31385** |
| **Anthony Frerking** | : | **Chapter 7** |
| | : | **Judge Laura K. Grandy** |
| **Debtor.** | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

**STATEMENT OF INTEREST**

COMES NOW, U.S. Bank National Association, as Trustee for Specialty Underwriting and

Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2006-BC3

("Movant"), by and though its attorney Umair M. Malik and the law firm Manley Deas

Kochalski LLC provides this statement:

1. Upon information and belief, the following additional entities have interest in that

   Collateral:

a. Jennifer Light

Respectfully submitted,

 /s/ Umair Malik

Umair M. Malik (6304888)
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Umair M. Malik.

18-029440_FXF

Contact email is ummalik@manleydeas.com

18-029440_FXF

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a copy of the foregoing Statement of Interest was

served on the parties listed below via e-mail notification:

U.S. Trustee, Nancy J. Gargula, Office of the United States Trustee, 401 Main Street, Suite
1100, Peoria, IL 61602

Donald M. Samson, 226 West Main Street, Suite 102, Belleville, IL  62220

John J. Johnston, Attorney for  Mike A. Frerking AKA Michael Anthony Frerking, Dixon and
Johnston, 101 W Main St, Belleville, IL  62220, johnjohnston@dixonjohnston.com

The below listed parties, as well as the attached Creditor's matrix,  were served via regular
U.S. Mail, postage prepaid, on October 3, 2018:

Mike A. Frerking AKA Michael Anthony Frerking, 6630 Liebieg School Road, Mascoutah,
IL  62258

Jennifer Light, 143 S Mill Street, New Memphis, IL  62266

Mike A. Frerking AKA Michael Anthony Frerking and Jennifer Light, 143 South Mill Street,
New Memphis, IL 62266

/s/ Umair Malik

18-029440_FXF

Label Matrix for local noticing
0754-3
Case 18-31385-lkg
Southern District of Illinois
East St Louis
Wed Oct  3 09:34:13 CDT 2018

Mike A. Frerking
6630 Liebieg School Road
Mascoutah, IL 62258-4032

Infinity Meds LLP/Americollect
PO Box 1566
1851 South Alverno Road
Manitowoc, WI 54220-9208

John J Johnston
Dixon and Johnston
101 W Main St
Belleville, IL 62220-1501

Umair M Malik
Manley Deas Kochalski LLC
PO Box 165028
Columbus, OH 43216-5028

Med Resources
Choice Recovery
1550 Old Henderson Road
Suite 100
Columbus, OH 43220-3626

Mr. Cooper/Nationstar Mortgage LLC
8950 Cypress Waters Blvd.
Coppell, TX 75019-4620

Donald M. Samson
Chapter 7 Trustee
226  W Main St
Suite 102
Belleville, IL 62220-1504

(p)SCOTT CREDIT UNION
101 CREDIT UNION WAY
EDWARDSVILLE IL 62025-3504

Seterus, Inc.
Attn: Bankruptcy
Po Box 1077
Hartford, CT 06143-1077

United States Trustee
Becker Bldg, Room 1100
401 Main St
Peoria, IL 61602-1267

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Scott Credit  Union
Attn: Bankruptcy Department
302 W. Winters Street
Scott Air Force Base, IL 62225

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jennifer Light

(u)U.S. Bank National Association, as Trustee

(du)U.S. Bank National Association, as Truste

End of Label Matrix
Mailable recipients    10
Bypassed recipients     3
Total                  13